IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM FIELDS,
    Plaintiff,

vs.                              CASE NO.: 5:10cv16/MCR/MD

STATE OF FLORIDA, et al.,
    Defendants.
                              /

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 1, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's federal claims are DISMISSED for lack of jurisdiction.

3.    Any state law claim is DISMISSED WITHOUT PREJUDICE.

4.    The clerk is directed to close the file.

DONE AND ORDERED this 3rd day of March, 2010.

                                          s/ *M. Casey Rodgers*
                                          M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE